BRETT M. SCHUMAN (State Bar No. 189247)
MARK S. KOKANOVICH (State Bar No. 230285)
UMUNG D. VARMA (State Bar No. 239514)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: bschuman@morganlewis.com

Attorneys for Plaintiff
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>FRANCIS A. MARTIN III; P.M. TAMKIN, as trustee of the Martin Family Trust<br><br>Defendants. | Case No. C05-04531 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[Civil Local Rules 16-2(e) & 7-12]<br><br>Granted |

WHEREAS a Case Management Conference is scheduled for March 7, 2006 at 2:00 p.m. in the above-captioned case, and a Joint Case Management Statement is due by February 27, 2006;

WHEREAS lead trial counsel for the plaintiff, Mr. Schuman, must be in New Orleans, Louisiana, for oral argument in the Fifth Circuit in the case captioned *Tesfamichael, et al., v. Gonzales*, No. 04-61180 on March 7, 2006 at 1:00 p.m.;

WHEREAS all counsel are amenable to continuing the Case Management Conference to March 14, 2006 at 2:00 p.m. or the next available date for such conference on the Court's calendar.

1-SF/7339577.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE MARCH 7, 2006 CASE MANAGEMENT CONFERENCE

IT IS THEREFORE STIPULATED that the Case Management Conference currently scheduled for March 7, 2006 at 2:00 p.m. may be continued to March 14, 2006 or the next available date on the Court's calendar.

IT IS FURTHER STIPULATED that this stipulation may be executed in counterparts.

Dated: February 6, 2006          MORGAN, LEWIS & BOCKIUS LLP

By _____
BRETT M. SCHUMAN
Attorneys for Plaintiff JPMORGAN CHASE BANK, N.A.

Dated: February 6, 2006          KEKER & VAN NEST LLP

By _____
MICHAEL D. CELIO
Attorneys for Defendant P.M. TAMKIN, as trustee of the Martin Family Trust

Dated: February 6, 2006          SIDEMAN & BANCROFT LLP

By _____
ROBERT R. CROSS
Attorneys for FRANCIS A. MARTIN III

\* \* \*

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

The Case Management Conference scheduled for March 7, 2006 at 2:00 p.m. is hereby continued to __March 14__, 2006 at 2:00 p.m. The parties shall file a Joint Case Management Statement by no later than __March 6__, 2006.

_____
Hon. Martin J. Jenkins